AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JESSICA SMITH

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-333

SAVANNAH AIRPORT COMMISSION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Court's Order dated August 16, 2024, Defendant's Motion to Dismiss is granted and Plaintiff's claims are dismissed. This case stands closed.

Approved by: _____

August 27, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020